**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-42189-BEM |
| | ) | |
| Anthony David Luke and | ) | |
| Stacy Dawn Merritt-Luke, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF MANNER OF SERVICE**

I hereby certify that I have this day served the Amended Chapter 13 Plan (Doc. 42) by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail in accordance with Fed. R. Bankr. P. 7004 and addressed to following parties:

Hamilton Medical Center
c/o NGRCA
PO Box 1949
Dalton, GA 30722

Hamilton Medical Center
PO Box 1168
Dalton, GA 30722

Mitchell and Mitchell
Attorney for Hamilton Medical Center
PO Box 668
Dalton, GA 30722

Hamilton Medical Center
Jeff D Myers - CEO
PO Box 1900
Dalton, GA 30722

This the 9th day of April 2019.

/s/_____
Dan Saeger

                                                       Attorney for Debtors
                                                       Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com