# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-42189-BEM |
| | ) | |
| Anthony David Luke and | ) | |
| Stacy Dawn Merritt-Luke, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | |

### MOTION TO INCUR NEW DEBT BY PURCHASING AUTOMOBILE

**COME NOW** Anthony David Luke and Stacy Dawn Merritt-Luke, Debtors in the above-styled Chapter 13 case, by and through counsel, file this "Motion to Incur Debt", and show this honorable court the following:

1.

Debtors filed the petition for relief in the above-styled Chapter 13 case on September 17, 2018. The Chapter 13 plan has not yet been confirmed.

2.

Debtors wish to incur new debt to purchase an automobile to provide for their transportation needs.

3.

Debtors are not able to attain financing without approval from the court. The terms on which the debtors will incur new debt by purchasing a vehicle are approximately as follows:

$9,995 Financed, and a payment of $175 biweekly.

4.

Debtors plan to purchase a 2008 Hyundai Santa Fe.

5.

Debtors will amend Schedules I & J to show that the loan repayment is feasible and that said monthly note will not impede their ability to fund their Chapter 13 Plan.

6.

Debtors believe that the purchase of this property is in the best interest of the estate and the creditors and that such purchase will assist in the effectuation of the Debtors' financial reorganization.

WHEREFORE, Debtors pray:

    (a) that this Motion be filed, read and considered;

    (b) that this Motion be granted; and,

    (c) that this Honorable Court grant such other and further relief as it deems just and proper.

This the 24th day of April, 2019.

Respectfully submitted,

_/s/_____

Dan Saeger
Attorney for Debtors
Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave. Ste. D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com



# J&D Auto Sales

**2208 SOUTH 41 HWY, DALTON, GA. 30720**
**PHONE: 706/275-6226 FAX: 706/226-6064**
janddauto@hotmail.com

## BUYERS ORDER
or similar

| | | |
|---|---|---|
| 2008 | HYUNDAI | SANTA FE |
| YEAR | MAKE | MODEL |

| | |
|---|---|
| 5NMSH13E38H152087 | 129652 |
| VIN | MILEAGE |

| | | | |
|---|---|---|---|
| FINANCE PRICE | 9995.00 | TAG/TITLE | 60.00 |
| CASH PRICE | | DOC FEES | 150.00 |
| ON TRADE | | DOWN PAYMENT | 1000.00 |
| SALES TAX | 210.38 | TOTAL PRICE | 12,986.71 |
| PAYMENT AMT | 175.00 | M/W/B/S | Biweekly |

SALES MAN  Alfonso Rodriguez          DATE  4/1/19
SIGNATURE  _Alfonso_

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-42189-BEM |
| | ) | |
| Anthony David Luke and | ) | |
| Stacy Dawn Merritt-Luke, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I certify that true and correct copies of Debtor's Motion to Incur Debt have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Anthony David Luke
Stacy Dawn Merritt-Luke
203 W Hawthorne st
Dalton, GA 30720

And all creditors on the attached matrix.

This 24th day of April, 2019.

/s/     Dan Saeger
Dan Saeger
Attorney for Debtors
Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave. Ste. D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

```
Label Matrix for local noticing          Ad Astra Recovery                        Ashley Funding Services, LLC its successors
113E-4                                   7330 W 33rd St N # 118                   assigns as assignee of Laboratory
Case 18-42189-bem                        Wichita, KS  67205-9370                  Corporation of America Holdings
Northern District of Georgia                                                      Resurgent Capital Services
Rome                                                                              PO Box 10587
Wed Apr 24 20:29:10 EDT 2019                                                      Greenville, SC 29603-0587

Charles Jackson Bowen                    Capital Auto Finance                     Cash Express, LLC
The Bowen Law Group                      2759 Delk Rd SE                          345 South Jefferson Avenue, Suite 300
Suite 1001                               Marietta, GA 30067-8859                  Cookeville, TN 38501-3456
7 E Congress Street
Savannah, GA 31401-3357


Chattanooga Imaging                      Credit Acceptance                        Credit Acceptance Corporation
1710 Gunbarrel Rd                        25505 West Twelve Mile Rd                PO Box 5070
Chattanooga, TN  37421-3127              Suite 3000                               Southfield, MI  48086-5070
                                         Southfield MI 48034-8331


Credit Collection Service                Credit One Bank                          Dalton Utilities
PO Box 607                               PO Box 98872                             1200 Vd Parrott Jr Pkwy
Norwood, MA  02062-0607                  Las Vegas, NV  89193-8872                Dalton, GA  30721-3442



(p)DIRECTV LLC                           Emergency Coverage Corp                  First Premier Bank
ATTN BANKRUPTCIES                        265 Brookview Centre Way                 3820 N Louise Ave
PO BOX 6550                              Knoxville, TN  37919-4049                Sioux Falls, SD  57107-0145
GREENWOOD VILLAGE CO 80155-6550



Hamilton Medical Center                  IC Systems Collections                   LVNV Funding LLC
Attn: Collection Department              PO Box 64378                             c/o Resurgent Capital Services
PO Box 1168                              Saint Paul, MN  55164-0378               PO Box 1269
Dalton, GA  30722-1168                                                            Greenville, SC  29602-1269


LVNV Funding, LLC its successors and assigns   Anthony David Luke                 Stacy Dawn Merritt-Luke
assignee of MHC Receivables, LLC and     203 W Hawthorne St                       203 W Hawthorne St
FNBM, LLC                                Dalton, GA 30720-3155                    Dalton, GA 30720-3155
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mitchell & Mitchell, PC                  NGRCA                                    North Georgia Regional Collection Agency
PO Box 668                               P O BOX 1949                             PO Box 1949
Dalton, GA  30722-0668                   DALTON,GA 30722-1949                     Dalton, GA  30722-1949




Online Information Services              Online Services                          Physicians Care
PO Box 1489                              PO Box 1489                              403 McBrien Rd
Winterville, NC  28590-1489              Winterville, NC  28590-1489              Chattanooga, TN  37412-3223



Physicians Care                          Premier Bankcard, Llc                    Premier Financial
Premier Financial                        Jefferson Capital Systems LLC Assignee   5312 Brainerd Rd
5312 Brainerd Rd                         Po Box 7999                              Chattanooga, TN  37411-5327
Chattanooga, TN 37411-5327               Saint Cloud Mn 56302-7999
```

| | | |
|---|---|---|
| Prgressive Leasing<br>256 W Data Dr<br>Draper, UT 84020-2315 | Progressive Insurance Company<br>6300 Wilson Mills Rd<br>Mayfield Village, OH 44143-2182 | Promise Pediatrics<br>375 Boynton Dr<br>Ringgold, GA 30736-2737 |
| Robert Scott Rickman<br>Rickman & Associates, PC<br>Suite 200<br>1755 North Brown Road<br>Lawrenceville, GA 30043-8196 | Dan Saeger<br>Saeger & Associates, LLC<br>Suite D<br>706 S Thornton Ave<br>Dalton, GA 30720-8212 | Daniel R. Saeger<br>Rickman & Associates, P.C.<br>706 S Thornton Ave. Ste. D<br>Dalton, GA 30720-8212 |
| Speedy Cash<br>5900 Brainerd Rd<br>Chattanooga, TN 37411-5515 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | US Dept of Ed/GLELSI<br>PO Box 7859<br>Madison, WI 53707-7859 | Wakefield & Assoc.<br>PO Box 50250<br>Knoxville, TN 37950-0250 |
| Wells Fargo Card Service<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Whitfield County Magistrate Court<br>Attention: Civil Clerk<br>PO Box 386<br>Dalton, GA 30722-0386 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Directv<br>PO Box 78626<br>Phoenix, AZ 85062-8626 | Titlemax<br>301 N Glenwood Ave<br>Dalton, GA 30721-3114 | (d)Titlemax of Georgia, Inc.<br>15 Bull Street<br>Suite 200<br>Savannah, GA 31401 United States |

End of Label Matrix
Mailable recipients    43
Bypassed recipients     0
Total                  43