**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Rome Division**

| | |
|---|---|
| In Re: Debtor(s)<br>**Anthony David Luke**<br>203 W Hawthorne St<br>Dalton, GA 30720–3155<br><br>**xxx–xx–4354**<br><br>**Stacy Dawn Merritt–Luke**<br>203 W Hawthorne St<br>Dalton, GA 30720–3155<br><br>**xxx–xx–6423** | Case No.: **18–42189–bem**<br>Chapter: **13**<br>Judge: **Barbara Ellis–Monro** |

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated: October 30, 2020

_____
Barbara Ellis–Monro
United States Bankruptcy Judge

Form 133a